ACCEPTED
02-17-00237-CR
SECOND COURT OF APPEALS
FORT WORTH, TEXAS
12/11/2017 1:44 PM
DEBRA SPISAK
CLERK

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS

12/11/2017 1:44:23 PM

DEBRA SPISAK
Clerk

|  |  |  |
|---|---|---|
| **MYRON J. NASH,** | § | |
| Appellant | § | |
| | § | |
| **v.** | § | **NO. 02-17-00236-CR** |
| | § | **NO. 02-17-00237-CR** |
| | § | |
| **STATE OF TEXAS,** | § | |
| Appellee | § | |
| | § | |

## APPELLANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ORIGINAL BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

COMES NOW, MYRON J. NASH, Appellant in the above-styled and numbered causes, by and through his court-appointed attorney, Jack V. Strickland, and files this, appellant's second unopposed motion for extension of time to file original brief in these causes. In support of said motion, Appellant shows as follows:

1.

That on July 11, 2017, Appellant pled not guilty to one case of sexual assault and not true to a family violence notice and not guilty to one case of tampering/fabrication of physical evidence. On July 13, 2017, a jury found Appellant guilty of the first case, and also found the family violence notice to be true. In

addition, Appellant was found guilty of tampering. Jury punishment having been waived by Appellant, the court found the repeat offender notices to be "true", and sentenced Appellant to thirty years and ten years IDTDCJ, respectively, with the sentences running concurrently.

2.

That the clerk's record and the court reporter's record have now been completed and filed with this court.   Appellant's original brief is due on or before December 12, 2017.  The clerk's record is comprised of two volumes in excess of 250 pages and eight volumes of reporter's record and is therefore voluminous.

3.

That counsel did not participate in the trial of this cause.

4.

That Appellant is incarcerated and is indigent.

5.

That Appellant requires additional time to complete the drafting, completion, and filing of the brief in these causes. Counsel is a sole practitioner and is wholly responsible for the preparation of this brief, as well as the defense of approximately 90 additional criminal cases including three capital murder cases, five appellate matters at various stages of resolution, and numerous other serious

criminal cases involving first, second and, third degree felony allegations. Said cases are pending in Tarrant, Parker, Dallas, and McLennan counties.

6.

That within the past thirty days counsel has spent significant time preparing for the trial of a capital murder case docketed for January 8, 2018; has tried an aggravated sexual assault of a child case; has spent significant time preparing for the punishment phase of that trial, now docketed to begin on December 14, 2017; has prepared and filed a petition for discretionary review and is preparing a second petition for discretionary review in another case; is conducting a seminar in Plano, Texas, on December 11-12, 2017; and has disposed of first, second, and third degree felony cases in Tarrant, Parker, and Dallas counties. On a personal note, counsel will be out of town on December 15-16, 2017, to attend funeral services for his sister-in-law.

7.

That this motion is not merely for purposes of delay but in order that justice may be done.

**WHEREFORE, PREMISES CONSIDERED,** Appellant requests that the Court grant this unopposed motion for an extension of sixty days in which to file his

original brief, ordering the brief due on or before February 12, 2018.

Respectfully submitted,

/s/ Jack V. Strickland
Jack V. Strickland
909 Throckmorton Street
Fort Worth, Texas 76102
Tel: 817.338.1000 (phone)
Fax: 817.338.1020 (fax)
jvstrickland1943@gmail.com
State Bar No. 19397000

COUNSEL FOR APPELLANT
(On Appeal Only)


## CERTIFICATE OF CONFERENCE

On December 11, 2017, a telephone conversation was held with Assistant District Attorney Debra Windsor concerning the foregoing motion. Ms. Windsor has no objection to the motion.

/s/ Jack V. Strickland
Jack V. Strickland


## CERTIFICATE OF SERVICE

On December 11, 2017, a true and correct copy of the foregoing motion was forwarded to Ms. Debra Windsor at coaappellatealerts@tarrantcountytx.gov.

/s/ Jack V. Strickland
Jack V. Strickland